# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-1626

_____

Vicky M. Wright,                            *
                                            *
           Appellant,                       *
                                            *    Appeal from the United States
      v.                                    *    District Court for the
                                            *    District of Nebraska.
Nonpareil, an Iowa Corporation,             *
                                            *    [UNPUBLISHED]
           Appellee.                        *

_____

Submitted:  November 4, 2004
    Filed:  November 12, 2004

_____

Before MURPHY, FAGG, and SMITH, Circuit Judges.

_____

PER CURIAM.

Vicky Wright applied for an editor position with a newspaper owned by Nonpareil. The managing editor interviewed Wright, but hired a candidate who, unlike Wright, had newspaper editing experience and was familiar with the software used by the paper. Wright brought this 42 U.S.C. § 1981 action, claiming Nonpareil refused to hire her because of her race. The district court[1] granted Nonpareil's motion for summary judgment, and Wright appeals.

_____

[1]The Honorable Joseph F. Bataillon, United States District Judge for the District of Nebraska.

Assuming without deciding that Wright established a prima facie case of discrimination, we agree with the district court that she failed to show Nonpareil's articulated nondiscriminatory reason for not hiring her was a pretext for race discrimination.  See Kincaid v. City of Omaha, 378 F.3d 799, 803-06 (8th Cir. 2004).  Accordingly, we affirm the judgment of the district court.  See 8th Cir. R. 47B.

_____